PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHOR LAO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-02017-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due February 27, 2023. Defendant has not previously requested an extension of this deadline.

2. The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. Despite diligent efforts OAO has indicated it still needs additional time to prepare the CAR. OAO has recently been dealing with some staff shortages, changes in their processes and a surge of new filings which has led to some delays in production of CARs. Accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until April 29, 2023, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: February 24, 2023   By:   /s/ Josephine Mary Gerrard *
Josephine Mary Gerrard
Gerrard Law Offices
Attorneys for Plaintiff
*Authorized by email

Date: February 24, 2023   PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   /s/ Oscar Gonzalez de Llano
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: February 24, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE